UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

v.

BRETT & SON, INC.,

    Defendant.

C18-679 TSZ

ORDER

IT IS HEREBY ORDERED AND DECREED:

1. Plaintiff's motion, docket no. 10, to compel defendant Brett & Son, Inc. ("Brett & Son") to comply with plaintiff's subpoena duces tecum is GRANTED; and

2. Defendant Brett & Son shall respond to plaintiff's subpoena duces tecum within fourteen (14) days of the date of this Order. Defendant Brett & Son may send its response and/or any responsive documents via U.S. mail, postmarked by the due date set forth in this Order.

ORDER - 1

3. The Clerk is directed to send a copy of this Order to all counsel of record. Plaintiff's counsel shall serve a copy of this Order on defendant Brett & Son and file proof of such service within three (3) days of the date of this Order.

Dated this 11th day of October, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2