UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

BRETT & SON, INC.,

Defendant.

C18-679 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Order entered October 11, 2018, docket no. 12, the Court granted plaintiff's motion to compel defendant to comply with plaintiff's subpoena duces tecum. Plaintiff's counsel, however, has not filed the requisite proof of service of such Order on defendant, and no action has been taken in this matter since such Order was issued. By December 14, 2018, plaintiff shall show cause why this case should not be dismissed for failure to serve the Court's Order as directed, failure to comply with the Order requiring Joint Status Report signed on May 23, 2018, docket no. 4, and/or failure to prosecute. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of November, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1